

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00364-CV

**IN THE MATTER OF THE MARRIAGE OF A.L.F.L. and K.L.L.**
and In the Interest of K.A.F.L., a Child

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-02421
Honorable Barbara Hanson Nellermoe, Judge Presiding[1]

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, this appeal is DISMISSED AS MOOT. Appellant's motion to dismiss is moot, as is the motion to dismiss for want of jurisdiction filed by appellees on June 13, 2014, which was ordered carried with the case.

We order that appellant, The State of Texas, pay all costs, if any, incurred as a result of this appeal.

SIGNED July 29, 2015.

_____
Marialyn Barnard, Justice

---

[1] The Honorable Barbara Nellermoe retired from the bench effective December 31, 2014. However, she signed the orders that are the subject of this appeal prior to her retirement.